No. 89–7098.  MUNIZ-MELCHOR *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 89–7106.  BUENROSTRO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 89–7121.  WILLIAMS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 89–7130.  EVANS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 87–6927.  HAMILTON, AS NATURAL MOTHER AND NEXT FRIEND OF SMITH *v.* TEXAS.  Ct. Crim. App. Tex.;

No. 89–81.  WILSON ET AL. *v.* LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS.  C. A. 7th Cir.;

No. 89–5596.  LAWS, BY AND THROUGH LAWS, AS HIS NEXT FRIEND *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.; and

No. 89–6954.  MAGWOOD *v.* ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 89–1067.  GENERAL MOTORS CORP. *v.* WELLS ET AL. C. A. 5th Cir.  Motion of Equal Employment Advisory Council for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 89–1159.  FERRIS *v.* KENTUCKY.  Cir. Ct. Ky., Campbell County.  Certiorari denied.  JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 89–1232 (A–552).  COLORADO *v.* CLEBURN.  Sup. Ct. Colo.  Application for stay, presented to JUSTICE WHITE, and by him referred to the Court, denied.  Certiorari denied.